IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)   MDL DOCKET NO. 875

*This Document Relates to*:

IN THE UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THRUMAN BEENE, ET AL.**   **PLAINTIFFS**

**VS.**   **CIVIL ACTION NO. 1:03-CV-843WJG**

**OWENS ILLINOIS, INC, ET AL.**   **DEFENDANTS**

*Severed Cases*:

| | |
|---|---|
| THURMAN BEENE | PA E.D. CAUSE NO. 2:08-cv-86016 |
| JANIS DURHAM | PA E.D. CAUSE NO. 2:08-cv-86017 |
| PATSY C. DIXON | PA E.D. CAUSE NO. 2:08-cv-86018 |
| ANNE BOURNONVILLE | PA E.D. CAUSE NO. 2:08-cv-86019 |
| BOBBY G. SCHRADER | PA E.D. CAUSE NO. 2:08-cv-86020 |
| JAMES CHERRY | PA E.D. CAUSE NO. 2:08-cv-86021 |
| CHARLOTTE CONNOLLY | PA E.D. CAUSE NO. 2:08-cv-86022 |
| LISA TREMBLAY | PA E.D. CAUSE NO. 2:08-cv-86023 |
| HAZEL FORD | PA E.D. CAUSE NO. 2:08-cv-86024 |
| JAMES B. MEYER | PA E.D. CAUSE NO. 2:08-cv-86025 |
| JOHN OKULSKI | PA E.D. CAUSE NO. 2:08-cv-86026 |
| STEPHEN COOKE | PA E.D. CAUSE NO. 2:08-cv-86027 |
| THOMAS TOWNSEND | PA E.D. CAUSE NO. 2:08-cv-86028 |
| CLINTON MCCLOUD | PA E.D. CAUSE NO. 2:08-cv-86029 |
| MARJORIE DECKER | PA E.D. CAUSE NO. 2:08-cv-86030 |
| RUBEN ALVARADO | PA E.D. CAUSE NO. 2:08-cv-86031 |
| MICHAEL ANDA | PA E.D. CAUSE NO. 2:08-cv-86032 |
| WALTER BALENGER | PA E.D. CAUSE NO. 2:08-cv-86033 |
| BRYAN C. BARBER | PA E.D. CAUSE NO. 2:08-cv-86034 |
| DELORES BAUM | PA E.D. CAUSE NO. 2:08-cv-86035 |
| JOHN BERENS | PA E.D. CAUSE NO. 2:08-cv-86036 |
| MARY BUBBETT | PA E.D. CAUSE NO. 2:08-cv-86037 |
| MATTHEW CARONE | PA E.D. CAUSE NO. 2:08-cv-86038 |
| TED E. CHASE | PA E.D. CAUSE NO. 2:08-cv-86039 |
| JERRY E. CLARK | PA E.D. CAUSE NO. 2:08-cv-86040 |
| MARGARET MACHINGO | PA E.D. CAUSE NO. 2:08-cv-86041 |

| | |
|---|---|
| SHEP C. HELTON | PA E.D. CAUSE NO. 2:08-cv-86042 |
| KAY EITNEIER | PA E.D. CAUSE NO. 2:08-cv-86043 |
| ROBERT G. FITZGERALD | PA E.D. CAUSE NO. 2:08-cv-86044 |
| OLIVER FROST | PA E.D. CAUSE NO. 2:08-cv-86045 |
| THOMAS W. GALLIMORE | PA E.D. CAUSE NO. 2:08-cv-86046 |
| MARY HAMILTON | PA E.D. CAUSE NO. 2:08-cv-86047 |
| RUTH HAMMOND | PA E.D. CAUSE NO. 2:08-cv-86048 |
| ROBERTY HARVEY | PA E.D. CAUSE NO. 2:08-cv-86049 |
| BARRY HIMES | PA E.D. CAUSE NO. 2:08-cv-86050 |
| DEBBIE POWELL | PA E.D. CAUSE NO. 2:08-cv-86051 |
| HOWARD JENKINS | PA E.D. CAUSE NO. 2:08-cv-86052 |
| FRANK KELLER | PA E.D. CAUSE NO. 2:08-cv-86053 |
| RICHARD LANGFORD | PA E.D. CAUSE NO. 2:08-cv-86054 |
| EVERETTE C. LEPPERT | PA E.D. CAUSE NO. 2:08-cv-86055 |
| DUDLEY H. LEAVITT, SR. | PA E.D. CAUSE NO. 2:08-cv-86056 |
| KAREN KERSTETTER | PA E.D. CAUSE NO. 2:08-cv-86057 |
| JAMES LITTLE | PA E.D. CAUSE NO. 2:08-cv-86058 |
| RONALD LIVINGSTON | PA E.D. CAUSE NO. 2:08-cv-86059 |
| CARMAN MARASCO, JR. | PA E.D. CAUSE NO. 2:08-cv-86060 |
| CATHERINE M. MCCAUGHAN | PA E.D. CAUSE NO. 2:08-cv-86061 |
| ALBERT MIRTICH | PA E.D. CAUSE NO. 2:08-cv-86062 |
| RICHARD MOORE | PA E.D. CAUSE NO. 2:08-cv-86063 |
| JUSTIN NEWMAN | PA E.D. CAUSE NO. 2:08-cv-86064 |
| DONNA J. LOTOSKI | PA E.D. CAUSE NO. 2:08-cv-86065 |
| CORNELIA ORGAN | PA E.D. CAUSE NO. 2:08-cv-86066 |
| CLAIRE PEDEN | PA E.D. CAUSE NO. 2:08-cv-86067 |
| RAYMOND PEDICONE | PA E.D. CAUSE NO. 2:08-cv-86068 |
| DANIEL PLOWE | PA E.D. CAUSE NO. 2:08-cv-86069 |
| KENNETH R. REED | PA E.D. CAUSE NO. 2:08-cv-86070 |
| JOSEPH SACAWA | PA E.D. CAUSE NO. 2:08-cv-86071 |
| CHARLES SCHMIDT | PA E.D. CAUSE NO. 2:08-cv-86072 |
| EDMUND SCHOENECKER | PA E.D. CAUSE NO. 2:08-cv-86073 |
| STELLA SHAPACH | PA E.D. CAUSE NO. 2:08-cv-86074 |
| PAUL A. SLOAN, SR. | PA E.D. CAUSE NO. 2:08-cv-86075 |
| DOROTHY SPENCER | PA E.D. CAUSE NO. 2:08-cv-86076 |
| SHIRLEY STAUDINGER | PA E.D. CAUSE NO. 2:08-cv-86077 |
| DAVID RANDALL | PA E.D. CAUSE NO. 2:08-cv-86078 |
| DEBBIE TURNER | PA E.D. CAUSE NO. 2:08-cv-86079 |
| GILLES VISSER | PA E.D. CAUSE NO. 2:08-cv-86080 |
| ESTER WHEEKS | PA E.D. CAUSE NO. 2:08-cv-86081 |
| GEORGE WESSEL | PA E.D. CAUSE NO. 2:08-cv-86082 |
| MICHAEL WHITCOMB | PA E.D. CAUSE NO. 2:08-cv-86083 |
| KENNETH WINTER | PA E.D. CAUSE NO. 2:08-cv-86084 |
| JAMES WRENN | PA E.D. CAUSE NO. 2:08-cv-86085 |

| Name | Cause No. |
| --- | --- |
| DENNIS ATKINS | PA E.D. CAUSE NO. 2:08-cv-86086 |
| BEVERLY BUTAIN | PA E.D. CAUSE NO. 2:08-cv-86087 |
| BRIAN CARTWRIGHT | PA E.D. CAUSE NO. 2:08-cv-86088 |
| MICHAEL BARDANO | PA E.D. CAUSE NO. 2:08-cv-86089 |
| MARY H. ENO | PA E.D. CAUSE NO. 2:08-cv-86090 |
| MILES N. FOOR | PA E.D. CAUSE NO. 2:08-cv-86091 |
| GEORGE HOYE | PA E.D. CAUSE NO. 2:08-cv-86092 |
| ROSE KELLEY | PA E.D. CAUSE NO. 2:08-cv-86093 |
| CAROLYN LAPONSEY | PA E.D. CAUSE NO. 2:08-cv-86094 |
| TODD LOEHR | PA E.D. CAUSE NO. 2:08-cv-86095 |
| ALFRED PACE | PA E.D. CAUSE NO. 2:08-cv-86096 |
| RAYMOND W. PENROD, II | PA E.D. CAUSE NO. 2:08-cv-86097 |
| KIM HUCKLEBERRY | PA E.D. CAUSE NO. 2:08-cv-86098 |
| JANTINA VANRIET | PA E.D. CAUSE NO. 2:08-cv-86099 |
| EARL WALTER, JR. | PA E.D. CAUSE NO. 2:08-cv-86100 |
| HORACE WHITWORTH | PA E.D. CAUSE NO. 2:08-cv-86101 |
| HERMAN WIGGERS | PA E.D. CAUSE NO. 2:08-cv-86102 |
| BOBBY JONES | PA E.D. CAUSE NO. 2:08-cv-86103 |
| BARTLEY GERRISH | PA E.D. CAUSE NO. 2:08-cv-86104 |
| EVA M. WEAR | PA E.D. CAUSE NO. 2:08-cv-86105 |
| ANXANIA CRAUWELS | PA E.D. CAUSE NO. 2:08-cv-86106 |
| SHELDON SWIFT | PA E.D. CAUSE NO. 2:08-cv-86107 |
| CLYDE THOMAS | PA E.D. CAUSE NO. 2:08-cv-86108 |
| AGNES E. WEHROUCH | PA E.D. CAUSE NO. 2:08-cv-86109 |
| JAMES TRIPP | PA E.D. CAUSE NO. 2:08-cv-86110 |
| PATRICIA ROBINSON | PA E.D. CAUSE NO. 2:08-cv-86111 |
| LYNN ALLGAIER | PA E.D. CAUSE NO. 2:08-cv-86112 |
| MARY JANE MARRONE | PA E.D. CAUSE NO. 2:08-cv-86113 |
| BENJAMIN ENGLE | PA E.D. CAUSE NO. 2:08-cv-86114 |
| PETER MARCINIAK | PA E.D. CAUSE NO. 2:08-cv-86115 |
| ROSEMARY VANEPEREN | PA E.D. CAUSE NO. 2:08-cv-86116 |
| ROBERT KRUEGER | PA E.D. CAUSE NO. 2:08-cv-86117 |
| MICHAEL DEWS | PA E.D. CAUSE NO. 2:08-cv-86118 |
| RAYMOND E. KUTCHER | PA E.D. CAUSE NO. 2:08-cv-86119 |
| VERA A. OCCHIBONE | PA E.D. CAUSE NO. 2:08-cv-86120 |
| JALAL SEGMEN | PA E.D. CAUSE NO. 2:08-cv-86121 |
| ROBIN WHITE | PA E.D. CAUSE NO. 2:08-cv-86122 |
| MAYLEN MORTENSON | PA E.D. CAUSE NO. 2:08-cv-86123 |
| BEVERLY ADAMS | PA E.D. CAUSE NO. 2:08-cv-86124 |
| ROSALIE LICHTENSTEIN | PA E.D. CAUSE NO. 2:08-cv-86125 |
| SANDRA C. CLAY | PA E.D. CAUSE NO. 2:08-cv-86126 |
| ROSE TORIAN | PA E.D. CAUSE NO. 2:08-cv-86127 |
| MARIE MCKINNON | PA E.D. CAUSE NO. 2:08-cv-86128 |
| RUTH KEYS | PA E.D. CAUSE NO. 2:08-cv-86129 |

| | |
|---|---|
| MARIE-LOUISE ROY | PA E.D. CAUSE NO. 2:08-cv-86130 |
| MARCELLA STEVENSON | PA E.D. CAUSE NO. 2:08-cv-86131 |
| ALICE BELL | PA E.D. CAUSE NO. 2:08-cv-86132 |

**JOHN CRANE, INC'S MOTION FOR SHOW CAUSE ORDER FOR FAILURE TO COMPLY WITH ADMINISTRATIVE ORDER NO. 12 AND FEDERAL RULE OF CIVIL PROCEDURE 41(b)**

Comes now John Crane, Inc. (hereinafter "Moving Defendant") and pursuant to this Court's Order of December 18, 2008, files this it's Motion for Entry of Show Cause Order for Failure to Comply with Administrative Order No. 12 and would respectfully show unto the Court as follows:

1. Each of the above listed Plaintiffs have claims against various defendants including Moving Defendant in MDL 875. To date, Moving Defendant has no received the disclosures required by Administrative Order No. 12 from any of these Plaintiffs. To Moving Defendant's knowledge, information and belief, the above listed Plaintiffs have failed to comply with Administrative Order No. 12 in any manner.

2. Moving Defendant seeks dismissal of all claims filed by the above referenced Plaintiffs against Moving Defendant including, without limitation, strict liability, negligence, breach of warranty, and conspiracy claims.

3. Pursuant to the attached Certificate of Service, Counsel for Moving Defendant has served upon Counsel for the above listed Plaintiffs a copy of this Motion for Entry of Show Cause Order.

WHEREFORE, John Crane, Inc. respectfully request that the Court enter a Show Cause Order why these Plaintiffs' claims should not be dismissed and in the event that any or all of the

above listed Plaintiffs fail to comply with such Show Cause Order, further request that the Court enter an Order dismissing these actions pursuant to *FED. R. Civ. P.* 41.

        Respectfully submitted,
        **JOHN CRANE, INC.**

BY:    _s/Carey R. Varnado_____
        **CAREY R. VARNADO (MSB 6593)**
        **MICHAEL C. MOORE (MSB 99989)**
        **MONTAGUE, PITTMAN & VARNADO**
        **P.O. Drawer 1975**
        **Hattiesburg, MS  39403-1975**
        **(601) 544-1234; FAX:  (601) 544-1280**

**CERTIFICATE OF SERVICE**

I, **CAREY R. VARNADO**, of the law firm of **MONTAGUE, PITTMAN & VARNADO, P.A.**, do hereby certify that I have this date electronically filed **JOHN CRANE, INC'S MOTION FOR SHOW CAUSE ORDER FOR FAILURE TO COMPLY WITH ADMINISTRATIVE ORDER NO. 12** with the Clerk of the Court using the ECF system which sent notification of such to all counsel of record and I hereby certify that I have mailed by United States Postal Service the document to all non-ECF participants.

THIS, the 30th day of January, 2009.

S/Carey R. Varnado_____
**CAREY R. VARNADO (MSB 6593)**
**MONTAGUE, PITTMAN & VARNADO P.A**
**P.O. Drawer 1975**
**Hattiesburg, MS 39403-1975**
**(601) 544-1234; FAX: (601) 544-1280**